UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                          Case No:  8:13-CV-653-T-30TBM

PIERO A. BUGONI,

    Defendant.
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #10) and Defendant Bugoni's Objection (Dkt. #11) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objection, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #10) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Leave to Appeal *In Forma Pauperis* (Dkt. #9) is DENIED on the grounds that the appeal is frivolous.

3. The Court certifies that Defendant's appeal is not taken in good faith.

4. The Clerk is directed to notify the Court of Appeals of this ruling in accordance with Rule 24.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2013\13-cv-653.adopt 10.wpd